DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS L. CHAMBERLAIN** as Trustee of the **THOMAS CHAMBERLAIN LIVING TRUST AGREEMENT DATED NOVEMBER 21, 2013,** and **ANTHONY A. FALCONE,**
Appellants,

v.

**LUCINDA SIBILLE, MICHAEL SANDLOFER, ANTHONY TAMBURRINO, DENISE LUQUER,** and **FOOTBRIDGE HOMEOWNERS ASSOCIATION, INC.,** a Florida not-for-profit corporation**,**
Appellees.

Nos. 4D19-2112, 4D19-2504 and 4D19-3747

[June 11, 2020]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates and Keathan B. Frink, Judges; L.T. Case Nos. COCE-17-002886, COCE-17-002892, and CACE17-003583 (12).

James William Beagle of James Beagle, P.A., Fort Lauderdale, for appellants.

Brian D. Gottlieb of Reifkind, Thompson & Rudzinski, LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*[1]

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

---

[1] We are mindful of the issuance of Administrative Order SC20-23, Amendment 2 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-137 (extending, until 12:01 a.m. on July 1, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage foreclosure cause of action under Florida law). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*